UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN MARINELLI,<br>　　　Petitioner | CIVIL ACTION NO. 4:CV-07-0173 |
| v. | (Judge Mariani) |
| JEFFREY BEARD, Commissioner,<br>Pennsylvania Department of Corrections;<br>LOUIS B. FOLINO, Superintendent of<br>the State Correctional Institution at<br>Greene; and FRANKLIN J. TENNIS,<br>Superintendent of the State Correctional<br>Institution at Rockview,<br>　　　Respondents: | **THIS IS A CAPITAL CASE** |

## ORDER

AND NOW, THIS 26th DAY OF NOVEMBER, 2012, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 9, Petition) is **DENIED**.

2. A certificate of appealability shall issue only with respect to Petitioner's Confrontation Clause claim under Bruton v. United States, 391 U.S. 123 (1968) (Claim I). See 28 U.S.C. § 2253(c).

3. The Clerk of Court is directed to CLOSE this case.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**United States District Judge**