UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN MARINELLI,<br>Petitioner | : <br> : CIVIL ACTION NO. 4:CV-07-0173<br> : |
| v. | : (Judge Mariani)<br> : |
| JEFFREY BEARD, Commissioner,<br>Pennsylvania Department of Corrections;<br>LOUIS B. FOLINO, Superintendent of<br>the State Correctional Institution at<br>Greene; and FRANKLIN J. TENNIS,<br>Superintendent of the State Correctional<br>Institution at Rockview, | :<br>:<br>:<br>: **THIS IS A CAPITAL CASE**<br>:<br>:<br>: |
| Respondents: | : |

## ORDER

**AND NOW, THIS** ꝺꝺᏻ **DAY OF NOVEMBER, 2012,** for the

reasons set forth in the accompanying Memorandum, **IT IS HEREBY**

## ORDERED THAT:

1.  The petition for writ of habeas corpus (Doc. 9, Petition)
    is **DENIED**.

2.  A certificate of appealability shall issue only with respect
    to Petitioner's Confrontation Clause claim under <u>Bruton
    v. United States</u>, 391 U.S. 123 (1968) (Claim I). <u>See</u> 28
    U.S.C. § 2253(c).

3.  The Clerk of Court is directed to **CLOSE** this case.

_____
**United States District Judge**